IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

Kenard West
  Plaintiff,

vs.

AM/NS Calvert
  Defendant(s)

Civil Action No. 17-CV-316-CG-B

Jury Demand

FILED JUL 10 '17 AM10:50 USDC/ALS

## COMPLAINT

1. Plaintiff resides at  505 South Oak Dr Satsuma AL 36572

2. Name(s) of defendant(s)  AM/NS Calvert

3. Location of principal office(s) of the named defendant(s)  P.O. Box 456 Calvert AL 36513

4. Nature of business of defendant(s)  Steel Business

5. Approximate number of individuals employed by defendant(s)  800

6. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) ✓ Termination of my employment.

   (C) _____ Failure to promote me.

   (D) _____ Other acts as specified below: _____

7. Plaintiff is:

   (A) \_\_\_\_\_ Presently employed by the defendant.

   (B) ✓ Not presently employed by the defendant.

   The dates of employment were **February 5, 2011**

   (1) ✓ Plaintiff was discharged.

   (2) \_\_\_\_\_ Plaintiff was laid off.

   (3) \_\_\_\_\_ Plaintiff left the job voluntarily.

8. Defendant(s) discriminated against me on account of my:

   (A) ✓ Race          \_\_\_\_\_ Sex

   \_\_\_\_\_ Color          \_\_\_\_\_ National Origin

   \_\_\_\_\_ Religion

   Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

   (B) \_\_\_\_\_ Physical disability

   \_\_\_\_\_ Mental disability

   Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

   (C) \_\_\_\_\_ Age

   Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) **Tim York (white/male)     TEAM MANAGER**

10. The alleged discrimination occurred on or about **02-11-2016**

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows: I am Black. I was hired by the Respondent on February 5, 2011 and most recently work as Logistics Coordinator. On Feb 11, 2016 Tim York (white/Team Manager) terminated me for poor job performance. I was terminated because of my race and replace by John Johnson (white/Logistics Coordinator) which had known performance issues and was not discharged.

12. The alleged illegal activity took place at AM/NS Calvert; Calvert Al 36513

13. I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about  02-11-2016

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on May 29, 2016

14. I seek the following relief:

(A) ✓ Recovery of back pay.

(B) ✓ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Date: July 10, 2017

Signature of Plaintiff

505 South Oak Dr
Satsuma Al 36572
Address of Plaintiff

(601) 201 3274
Telephone Number of Plaintiff

EEOC Form 161 (11/16)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Kenard West**
**505 South Oak Drive**
**Satsuma, AL 36572**

From: **Mobile Local Office**
**63 S Royal Street**
**Suite 504**
**Mobile, AL 36602**

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 425-2016-00814 | Cynthia Wilson, Investigator | (251) 690-2251 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Erika LaCour*   4.14.2017

Erika LaCour,
Local Office Director

(Date Mailed)

Enclosures(s)

cc: **AM/NS CALVERT**
c/o Kathryn Willis, Esq.
BURR FOREMAN, LLP
RSA Tower Suite 22200
11 North Water Street
Mobile, AL 36602