IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| KENARD WEST | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION NO. 17-0316-CG-B |
| AM/NS CALVERT, | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the Court's order entered this date, granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant, **AM/NS CALVERT**, and against Plaintiff, **KENARD WEST**, and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this the 29th day of October, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE